United States District Court
Southern District of Texas
**ENTERED**
October 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Cynthia L. Gaskin,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2780 |
| | § | |
| **Foundation Ancillary Services** | § | |
| **Affiliate, LLC,** | § | |
| Defendants. | § | |

## O R D E R

On October 11, 2016, it was announced that the parties have reached a settlement. All pending deadlines are terminated. It is hereby **ORDERED** that closing papers be submitted no later than November 10, 2016, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 11th day of October, 2016.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE